UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
__4th Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Beatriz Zaldivar    JOINT DEBTOR: Omar A. Marino    CASE NO.: 11-37513 BKC RAM
Last Four Digits of SS# 6764    Last Four Digits of SS# 1201

This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A. $ 3125.46   for months  1   to  27  ;
    B. $ 3431.41   for months  28  to  60  ;
    C. $_          for months  _   to  _  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5000.00 + $525.00 (Motion to Modify) = $5525.00 TOTAL PAID $3600.00 Balance Due $ 1925.00
                payable $51.85 / month (Months 1 to 27) and $15.91 / month (Months 28 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

    ☐    1. Internal Revenue Service         Arrearage on Petition Date $ 4,090.00
Address: PO Box 7317                         Arrears Payment $63.42/month (Months 1 to 27)
         Philadelphia, PA 19101-7317
Account No: 1201

         Internal Revenue Service (contd)        Arrears Payment $ 72.05 / month (Months 28 to 60)

    ☐    2. American Home Mortgage Servicing, Inc.    Arrearage on Petition Date $ 33,386.42
Address: Bankruptcy Dept.                 Arrears Payment $ 517.68 /month (Months 1 to 27)
         1525 S. Beltline Road, Suite 100 N    Regular Payments $1323.68/ month (Months 1 to 27)
         Coppell, TX 75019
Account No: 7520

         American Home Mortgage Servicing, Inc. (contd)    Arrears Payment $ 588.17 / month (Months 28 to 60)
                                                                      Regular Payment $816.04 / month (Months 28 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Home Loans | Debtor's non-homestead at 3601 SW 117 Avenue # 9-106, Miami, FL 33175<br><br>Value of Property: $ 48,290.00<br><br>Value of Mortgagee's Interest in the Property: $ 48,290.00 | 5.25 % | $781.87<br><br>$1027.26 | 1 to 27<br><br>28 to 60 | $55,010.00 |
| Bank of America Home Loans | Debtor's homestead at 3155 Village Green, Miami, FL 33175<br><br>Value of Property: $ 160,000.00<br><br>Value of Mortgagee's Interest in the Property $160,000.00 | N/A | $ 0 | N/A | N/A |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

| | |
|---|---|
| ☐     1. Internal Revenue Service | Arrearage on Petition Date $ 16,539.23 |
| Address:  PO Box 7317 | Arrears Payment $ 256.45/month (Months 1 to 27) |
| _ Philadelphia, PA 19101-7317 | |
| Account No: _1201_____ | |
| | |
| Internal Revenue Service (contd) | Arrears Payment $291.37 / month (Months 28 to 60) |

<u>Unsecured Creditors:</u> Pay $ 277.47 / month (Months 28 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 5% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Richard J. Adams Esq.                               /s/ Richard J. Adams Esq.
Debtor : Beatriz Zaldivar                                   Joint Debtor: Omar A. Marino
Date:  1/15/2014                                             Date:   1/15/2014

# Modification Ledger

### Case: 1137513 - BEATRIZ M ZALDIVAR & OMAR A MARINO

**Debtor:**
BEATRIZ M ZALDIVAR & OMAR A MARINO
3155 VILLAGE GREEN DRIVE

MIAMI, FL
33175-0000

**Attorney:**
RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL
33012-0000

| | |
|---|---|
| Date Petition Filed | Friday, September 30, 2011 |
| 341 Meeting Date | Thursday, December 01, 2011 |
| Claims Bar Date | Wednesday, February 29, 2012 |
| Conf Hrg Date | Tuesday, January 17, 2012 |
| Balance on Hand | $0.00 |
| Total Paid In | $84,387.31 |
| Date Confirmed | Tuesday, July 03, 2012 |
| Attorney Fee in Plan | $1,400.00 |
| Attorney Arrears Amount | $0.00 |
| Attorney Paid to Date | $1,400.00 |

| Creditor | Claim Type | Claim Amount | Prin Owed | Prin Paid | Mo Pymt |
|---|---|---|---|---|---|
| BANK OF AMERICA | REGULAR | $55,010.00 | $33,899.41 | $21,110.59 | $916.83 |
| BANK OF AMERICA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SYSTEMS & SVCS TECH, INC. | UNSECURED | $8,290.38 | $994.85 | $0.00 | $0.00 |
| MIDLAND CREDIT MGMT INC | UNSECURED | $7,004.01 | $840.48 | $0.00 | $0.00 |
| BANK OF AMERICA | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| DEUTSCHE BANK NATL TRUST CO | REGULAR | $85,368.26 62668.39 | $49,629.02 26929.16 | $35,739.23 | $1,552.15 |
| FELIX BERTO LLANES | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| MIAMI-DADE TAX COLLECTOR | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| MIAMI-DADE TAX COLLECTOR | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| WESTBIRD VILLAGE COA | DIRECT-PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED RESERVE | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BUTLER & HOSCH | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| EQUABLE ASCENT FINANCIAL LLC | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LAW OFFICES OF DANIEL C CONSUE | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLIANCEONE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| ANDREU, APLMA & ANDREU, PL | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| ANSON STREET, LLC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| APEX FINANCIAL MGMT LLC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CACH LLC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE BANK | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT COLLECTION SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV FUNDING LLC | UNSECURED | $1,301.77 | $156.21 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| CHASE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIMORTGAGE INC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| COMCAST | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT PROTECTION ASSOCIATION | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| FLORIDA FORECLOSURE ATTORNEYS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| HOME DEPOT CREDIT SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| HONDA FINANCIAL SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| HUB INTERNATIONAL FORTUN | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| JACOBUS ENERGY INC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| JACOBUS ENERGY INC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFREY S SCHUSTER, ESQ | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| LAW OFFICES OF ANDREA & PALMA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| LIQUIDATION PROP | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MAZDA AMERICAN CREDIT | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIAMI-DADE TAX COLLECTOR | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MGMT INC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| MRS ASSOCIATES, INC. | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL GROUP | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| NMAC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN HONDA FINANCE | UNSECURED | $13,840.98 | $1,660.92 | $0.00 | $0.00 |
| JP MORGAN CHASE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| ANSON STREET LLC | UNSECURED | $29,103.42 | $3,492.41 | $0.00 | $0.00 |
| RESURGENT CAPITAL SVCS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SEARS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SN SERVICING CORP | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRINGWOOD TOWNHOMES CONDO | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SST | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SST CARD SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SST CARD SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| TARGET NATIONAL BANK | UNSECURED | $4,203.03 | $504.36 | $0.00 | $0.00 |
| TARGET | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CANDICA, LLC | UNSECURED | $2,775.67 | $333.08 | $0.00 | $0.00 |
| POLLACK & ROSEN, PA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor | Class | | | | |
|---|---|---:|---:|---:|---:|
| ZAKHEIM & ASSOC, PA | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| UNITED STATES TREASURY | SECURED | $4,090.00 | $2,377.58 | $1,712.42 | $74.37 |
| UNITED STATES TREASURY | PRIORITY | $16,539.23 | $9,615.19 | $6,924.04 | $300.71 |
| UNITED STATES TREASURY | UNSECURED | $11,193.66 | $1,343.24 | $0.00 | $0.00 |
| UNITED STATES TREASURY | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| EQUABLE ASCENT FINANCIAL LLC | UNSECURED | $2,031.50 | $243.78 | $0.00 | $0.00 |
| PRA, LLC | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA, LLC | UNSECURED | $12,390.34 | $1,486.84 | $0.00 | $0.00 |
| TARGET NATIONAL BANK | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DEUTSCHE BANK NATL TRUST CO | MTG ARREARS | $33,386.65 | $19,409.40 | $13,977.25 | $607.03 |
| OCWEN LOAN SERV, LLC | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE BANK USA NA | UNSECURED | $1,301.77 | $156.21 | $0.00 | $0.00 |
| CHASE BANK USA NA | UNSECURED | $249.91 | $29.99 | $0.00 | $0.00 |
| SYSTEMS & SVCS TECH, INC | UNSECURED | $5,559.19 | $667.10 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS, INC | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CANDICA, LLC | NOTICE-ONLY | $0.00 | $0.00 | $0.00 | $0.00 |