### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

                                          Case No. 11-37513-RAM

Beatriz Zaldivar and                         Chapter 13
Omar A. Marino

            Debtors.

_____/

### DEBTORS' MOTION TO REINSTATE CHAPTER 13 CASE
### AND MODIFY CHAPTER 13 PLAN

COME NOW the Debtors, Beatriz Zaldivar and Omar A. Marino, by and through the undersigned counsel, file this Motion to Reinstate Chapter 13 Case and to Modify the Chapter 13 Plan as grounds therefore state:

1. This case was filed under Chapter 13 on September 30, 2011.

2. The Fourth Amended Debtors' Chapter 13 Plan was confirmed on July 16, 2012.

3. The order dismissing the Debtors' Chapter 13 Case was entered on December 31, 2013.

4. The Debtors' Fourth Modified Chapter 13 Plan will allow the Debtors to pay the new amount reflected on a Notice of Payment change on the Debtors' first mortgage and disclose the new income verification language.

5. The term of the modified plan does not exceed sixty months.

WHEREFORE the Debtors, Beatriz Zaldivar and Omar A. Marino, request that this Honorable Court enter an order reinstating the Chapter 13 case and approving the Debtor's Fourth Modified Chapter 13 Plan.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

On January 22, 2014.

Respectfully submitted,

ADAMS & ASSOCIATES, P.A.
Bank of America Building
1165 West 49th Street, Suite 107
Hialeah, Florida 33012
Telephone: (305) 824-9800
Facsimile: (305) 824-3868

By:    /s/ Richard J. Adams, Esq.
Richard J. Adams, Jr., Esq.
Florida Bar No.: 770434